Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan
_____ Division

FILED - GR
January 30, 2023 3:49 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: KB /1/31

Alicia Adzima
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

St. Marys River Real Estate
Andrew Alshab
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes  ☐ No

**2:23-cv-21**
**Jane M. Beckering**
**U.S. District Judge**

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

**A.   The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Alicia Adzima |
| Street Address | 213 Brady St. Apt #1 |
| City and County | Sault Sainte Marie, Chippewa |
| State and Zip Code | 49783   49783 |
| Telephone Number | 734.865.8522 |
| E-mail Address | aliadzima@icloud.com |

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
  Name
  Job or Title (if known): Doctor for Pain Management
  Street Address: 540 Ashmun Street
  City and County: Sault Sainte Marie
  State and Zip Code: Sault Sainte Marie, MI 49783
  Telephone Number: 906.632.8440
  E-mail Address (if known): dobaislaw@sbcglobal.net
  aalshab@gmail.com

Defendant No. 2
  Name: Andrew Alshab
  Job or Title (if known): Dr. Andrew Alshab
  Street Address: 16523 S. Water Tower Dr.
  City and County: Kincheloe, MI
  State and Zip Code: Michigan 49788
  Telephone Number: 906.632.5849
  E-mail Address (if known): 906.203.7877

Defendant No. 3
  Name: Andrew Alshab
  Job or Title (if known): Doctor, Landlord - Property Owner
  Street Address: 500 Osborn Blvd.
  City and County: Sault Sainte Marie
  State and Zip Code: MI 49783
  Telephone Number: 906.233.7877
  E-mail Address (if known):

Defendant No. 4
  Name: Mark Dobias
  Job or Title (if known): Lawyer
  Street Address: 540 Ashmun St.
  City and County: P.O. Box 480
  State and Zip Code: Sault Sainte Marie, MI 49783
  Telephone Number: 906.632.8440
  E-mail Address (if known): dobiaslaw@sbcglobal.net

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Civil Rights*
42 U.S.C. §§ 3601 et seq. F.H.A of 1988
42 U.S.C. §§ 1997 et seq. Civil Rights
42 U.S.C. §§ 12101 et seq. A.D.A Act of 1990

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* **Alicia Marie Adzima** is a citizen of the State of *(name)* **Michigan**.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* **Andrew Alshab**, is a citizen of the State of *(name)* **Michigan**. Or is a citizen of *(foreign nation)*

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

        b.    If the defendant is a corporation

The defendant, (name) **Andrew Alshab**, is incorporated under the laws of the State of (name) **War Memorial Hospital**, and has its principal place of business in the State of (name) **Michigan**.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) **Kincheloe, M.I.**

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**$800,000 - 1 million dollars. The personal injury, harassment, liebel, slander, ADA (laws, accomadations), and my own personal injuries, undued hardships, housing discrimination, embarressment, cost of medical treatment due to the stress this has caused me, and my kids.**

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**My landlord has been absolutely disparaging. Andrew has slandered my family, lied to create liebel, has been discriminating on my kids (twins 3 y.o. age) who have autism. Has attempted to evict us after his knowledge of my childrens fathers suicide (recent 2021 Dec.). ADA accomadations have been harassment not helping. Housing isn't up to code, and he assualted me. This is just a start.**

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**Mark Dobias has helped Andrew Alshab with my homlessness prior to moving in. Andrew knew all about; Andrew knew about my recent childrens this fathers suicide. There has been a huge detremental impact of trauma on me post-partum with my 8month old. My autistic twins, who are legally disabled, and he has discriminated on my family to a degree I can't walk away from not filing on.**

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

          The defendant, *(name)* __Andrew Ashab__, is incorporated under the laws of the State of *(name)* __Michigan__, and has its principal place of business in the State of *(name)* __Michigan__.

          Or is incorporated under the laws of *(foreign nation)* _____,

          and has its principal place of business in *(name)* __Michigan__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Personal injury, ADA Laws, Fair Housing Act of 1988. Civil Rights of I.P. Act; title II of 504. Grievous Harm. Housing accomodations. Slander, Liebl and assault. Other personal injury.

**III.**    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Andrew Ashab has been discriminatory towards my disabilities, childrens autism, has been allowing us to Reside in a house not up to local law code. Mr. Alshab has harassed me. Slandered my Reputation, and has not done anything to help my kids and I.

**IV.**    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pain, suffering, liebel, personal injury, housing discrimination, violation of my civil rights. Housing has been not up to code, all my landlord has done is; has been discriminatory, and caused so much pain, suffering.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/26/2023

Signature of Plaintiff: Alicia Marie Adama

Printed Name of Plaintiff: Alicia Marie Adama

#### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address



Division of
en District of
chigan
chigan St. NW
Rapids, MI
1503

Alicia Adzima
213 Brady St #1
Sault Sainte Marie, MI
   49783

Northern
Wester[n]
     Mi[chigan]
110 Mi[chigan]
Grand [Rapids]
   4[9...]