UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALICIA ADZIMA,

       Plaintiff,

v.

ST. MARY'S RIVER
REAL ESTATE, et al.,

       Defendants.
                               /

Case No. 2:23-cv-21

Hon. Jane M. Beckering
U.S. District Judge

## REPORT AND RECOMMENDATION

Plaintiff filed this lawsuit on January 30, 2023. (ECF No. 1.) The complaint appears to allege a landlord-tenant dispute against two individuals. (*Id.*) The complaint was never served on any of the named defendants. After the Court learned of Plaintiff's death, the Court telephoned the Chippewa County Probate Court and learned that the distribution of Plaintiff's estate was pending in the Probate Court. On May 1, 2023, this Court sent a letter, with a copy of the docket sheet of this lawsuit, to the Chippewa County Probate Court for placement in the file involving Plaintiff's estate. (ECF No. 9.)

No motion for substitution has been filed by any party within the time required by law.

Accordingly, it is recommended that this case be dismissed, pursuant to Federal Rule of Civil Procedure 25(a)(1).

NOTICE TO PARTIES:   Objections to this Report and Recommendation must be served on opposing parties and filed with the Clerk of the Court within fourteen (14) days of receipt of this Report and Recommendation.   28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); W.D. Mich. LCivR 72.3(b).   Failure to file timely objections constitutes a waiver of any further right to appeal.   *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).   *See also Thomas v. Arn*, 474 U.S. 140 (1985).

Dated:   October 26, 2023                                   /s/ *Maarten Vermaat*
                                                            MAARTEN VERMAAT
                                                            U.S. MAGISTRATE JUDGE