UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALICIA ADZIMA,

    Plaintiff,

v.

ST. MARY'S RIVER REAL ESTATE, et al.,

    Defendants.
_____/

Case No. 2:23-cv-21

HON. JANE M. BECKERING

## **ORDER**

This is a civil action filed by a *pro se* litigant. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 10) on October 26, 2023, recommending that this case be dismissed. The Report and Recommendation was duly served on Plaintiff.[1] No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 10) is APPROVED and ADOPTED as the Opinion of the Court, and this case is DISMISSED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

A Judgment will be entered consistent with this Order.

Dated: November 20, 2023

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge

---

[1] Plaintiff is the only party that has appeared in the case at this time. Service of the Report and Recommendation on Plaintiff was returned, marked "return to sender," "deceased," "unable to forward," and "return to sender" (ECF No. 11).

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALICIA ADZIMA,

    Plaintiff,

v.

ST. MARY'S RIVER REAL ESTATE, et al.,

    Defendants.

_____/

Case No. 2:23-cv-21

HON. JANE M. BECKERING

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that this case is DISMISSED under Federal Rule of Civil Procedure 25(a)(1).

Dated: November 20, 2023

   /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge